802

tioner. *John S. Davenport III, Angus H. Macaulay, Jr.* and *Wesley M. Walker* for respondent.

No. 656. INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* CENTRAL AIRLINES, INC. C. A. 5th Cir. Certiorari granted. *Charles J. Morris, Plato E. Papps* and *L. N. D. Wells, Jr.* for petitioners. *Luther Hudson* for respondent.

No. 600. RICHARDSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John C. Evans* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 601. BALLANTYNE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph W. Cash* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 602. SHERLOCK, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William S. Pritchard* and *Winston B. McCall* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Douglas A. Kahn* for respondent.

No. 608. ELLA SHÜRE CAHEN TRUST ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Benjamin M. Brodsky* and *Claude A. Roth* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Joseph Kovner* for the United States.